■ DENNIS LAFFERTY et al., Plaintiffs, v BROOK ANDREW HAZELTON et al., Defendants. DOUGLAS ELLIMAN, LLC, Doing Business as PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE, Third-Party Plaintiff-Appellant, v JARED RICH et al., Third-Party Defendants-Respondents. [918 NYS2d 719]—

Concur—Saxe, J.P., Friedman, Acosta, DeGrasse and Richter, JJ.